UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :        INFORMATION  **ORIGINAL**

    - v. -                      :        08 Cr. 597 (KMK)

CHRISTOPHER LIM,                 :

        Defendant.           :

- - - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

The United States Attorney charges:

1.  On or about October 25, 2007, in the Southern District of New York, CHRISTOPHER LIM, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, marihuana.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(D).)

 

*[signature]*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____