# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :

      v.                                                              :

                                                                       08 Cr. 597 (KMK)

CHRISTOPHER LIM,                              :

               Defendant.                        :
---------------------------------------------------------------x

**CHRISTOPHER LIM,** the above-named defendant, who is accused of violating Title 21, United States Code, Section 812 and Title 21, United States Code, Sections 841 (a) (1), and Title 21, United States Code, Section 841 (b)(1)(D) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
                    Defendant.

_____ (Law Offices of Robert Gottlieb)
           Counsel for Defendant.

Date:   White Plains, New York
          July 2, 2008



